Submitted March 21, affirmed April 30, petition for review denied
August 7, 2014 (355 Or 880)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## LAWRENCE PATRICK SULLIVAN,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH110271; A151288

325 P3d 812

Peter Gartlan, Chief Defender, and Lindsey K. Detweiler, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Lysne, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Egan, Judge, and De Muniz, Senior Judge.

PER CURIAM